UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

ZHEJIANG HEMEI LEISURE PRODUCTS CO., LTD.,
HANGZHOU VOLLY GARDEN FURNITURE CO., LTD., and
HANGZHOU KING-REX FURNITURE INDUSTRY CO., LTD.,

    Movant,

v.                                                                  Case No. 13-CV-523

HOME CASUAL, LLC,

    Debtor.

---

## ORDER FOR PARTIAL WITHDRAWAL OF REFERENCE

---

WHEREAS, this matter came before the Court on the Motion of Zhejiang Hemei Leisure Products Co., Ltd., Hangzhou Volly Garden Furniture Co., Ltd., and Hangzhou King-Rex Furniture Industry Co., Ltd. (the "Factories"), by counsel and pursuant to 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 5011, requesting that the District Court withdraw the reference of *Home Casual Enterprise, Ltd., et al. v. Home Casual, LLC, et al.*, Case No. 11-CV-661, a civil action against the Debtor with pending post-judgment motions in the District Court;

WHEREAS, for cause shown, the District Court has the authority to withdraw, in whole or in part, any case or proceeding referred under 28 U.S.C. § 157(d).

WHEREAS, Robert Kasdorf, the chapter 7 trustee for Home Casual, LLC, does not object to the withdrawal of Case No. 11-CV-661;

WHEREAS, the Debtor, Home Casual, LLC, does not object to the withdrawal of Case No. 11-CV-661;

WHEREAS, resolution of the motions pending in District Court will not interfere with the administration of the Debtor's bankruptcy case, and will, in fact, facilitate the administration of the Debtor's bankruptcy;

WHEREAS, withdrawal of the reference will promote the efficient use of judicial resources, and avoid delay and additional costs.

NOW WHEREFORE, THE COURT DOES HEREBY ORDER that the reference of *Home Casual Enterprise, Ltd., et al. v. Home Casual, LLC, et al.*, Case No. 11-CV-661 to the United States Bankruptcy Court for the Western District of Wisconsin (*In re Home Casual, LLC*, Case No. 3-13-11475) is hereby withdrawn.

Dated this 26th day of August, 2013.

BY THE COURT:

Honorable William M. Conley

24004517_1.DOC